IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL GEORGE AXMAN,

    Petitioner,

v.                           CASE NO. 4:10-cv-00297-MP -WCS

WALTER A MCNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation to Dismiss § 2254 Petition. Petitioner challenges the denial of mandamus relief in state court pertaining to a § 2254 petition already pending in the Middle District of Florida. The Magistrate Judge has recommended this case be dismissed and a certificate of appealability denied. Petitioner has made no objection, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 6, is ADOPTED and incorporated herein.

2.     This petition is DISMISSED.

3.     A Certificate of Appealability is DENIED.

**DONE AND ORDERED** this _8th_ day of December, 2010

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge